## · Case No. 6,294.

### HEAD et al. v. TALLEY.

[The case reported under above title in 3 Am. Law T. Rep. U. S. Cts. 155, is the same as Case No. 6,293.]